**JS6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYWRLDWIDE.COM, an Unknown Business Entity; JAMES FAVELA, an Individual; and DOES 1 10, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-07477-RGK-PVC<br><br>**The Honorable R. Gary Klausner**<br><br>~~[PROPOSED]~~ **FINAL JUDGMENT RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

After consideration of plaintiff Chrome Hearts LLC's ("Plaintiff") Motion for Default Judgment, the Memorandum of Points and Authorities in support thereof, the Declaration of Tara A. Currie, and the pleadings, files and records of this matter, the Court has GRANTED Plaintiff's Motion for Default Judgment against defendants PLAYWRLDWIDE.COM and James Favela (collectively, "Defendants"). *See* ECF No. 36. The Court granted Plaintiff's Motion because Plaintiff satisfied the procedural requirements of Local Rule 55-1 as well as the substantive requirements of the *Eitel* factors, which weigh in Plaintiff's favor. ECF No. 36. The Court granted Plaintiff's request for $400,000 in statutory damages pursuant to the Lanham Act, a permanent injunction prohibiting Defendants from future infringement (as further explained

1   below), and $11,600 in attorneys' fees pursuant to Local Rule 55-3. *Id.*

2       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be

3   entered in favor of Plaintiff in the amount of **$411,600** against Defendants.

4       IT IS FURTHER ORDERED that Defendants, their officers, agents, servants

5   and employees and any persons in active concert or participation with them are

6   permanently restrained and enjoined from infringing upon Plaintiff's federally

7   registered trademarks, including but not limited the marks attached hereto as **Exhibit**

8   **A** (the "Chrome Hearts Marks"), either directly or contributorily in any manner,

9   including:

10      (a)    Manufacturing, importing, advertising, marketing, promoting, supplying,

11  distributing, offering for sale, and/or selling products which bear the Chrome Hearts

12  Marks, or any marks/designs identical, substantially similar, and/or confusingly similar

13  thereto.

14      (b)    Shipping, delivering, holding for sale, distributing, returning, transferring,

15  or otherwise moving, storing, or disposing of in any manner items falsely bearing the

16  Chrome Hearts Marks, or any reproduction, counterfeit, copy or colorable imitation

17  thereof.

18      (c)    Using the Chrome Hearts Marks or any reproduction, counterfeit, copy or

19  colorable imitation thereof in connection with the manufacture, importation,

20  distribution, advertisement, offer for sale and/or sale of merchandise.

21      (d)    Passing off, inducing, or enabling others to sell or pass off any product or

22  other items that are not Chrome Hearts' genuine merchandise as genuine Chrome

23  Hearts merchandise.

24      (e)    Committing any other acts which falsely represents, or which has the

25  effect of falsely representing that the goods and services of Defendants are licensed,

26  authorized, offered, produced, or sponsored by, or are in any other way associated with

27  Chrome Hearts; and

28      (f)    Assisting, aiding, or attempting to assist or aid any other person or entity

[PROPOSED] FINAL JUDGMENT RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

1    in infringing any Chrome Hearts Marks or performing any of the prohibited activities

2    referred to in paragraphs (a) to (e) above.

3    **IT IS SO ORDERED.**

4    DATED: __**8/3/2023**__, 2023

5                                                                    Honorable R. Gary Klausner
                                                                     **United States District Judge**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] FINAL JUDGMENT RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**EXHIBIT A**

| Chrome Hearts' Mark | U.S. Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
|  "CH Cross" | 3,606,059 | 4/14/2009 | 014: Jewelry, namely, rings, earrings, pendants, necklaces, bracelets, cuff bracelets, cuff links, watch bracelets, and key rings made of precious metals |
|  "CH Plus" | 3,385,449 | 2/19/2008 | 014: Jewelry, namely, bracelets, rings, watch bands, necklaces and lighters made of precious metals. |
|  "5 Point Star" | 4,494,842 | 3/11/2014 | 014: Jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, brooches, pendants, cuff links, key rings made of precious metals, tie fasteners, and watch bracelets. |
| **CHROME HEARTS** | 1,665,791 | 11/26/1991 | 014: Jewelry, belt buckles made of precious metal, key rings made of precious metal, cufflinks, tie fasteners made of precious metal, brooches, necklaces, and earrings. |

[PROPOSED] FINAL JUDGMENT RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

| Chrome Hearts' Mark | U.S. Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| **CHROME HEARTS**<br>"CH Old English Mark" | 5,918,250 | 11/26/2019 | 021 |
| | 5,186,592 | 4/18/2017 | 009 |

[PROPOSED] FINAL JUDGMENT RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT